UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JOHN CIOFALO,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020

No. 20-CR-597 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Based on a review of the docket, the defendant is charged with a felony and wishes to enter a guilty plea pursuant to a negotiated plea agreement. In light of Defendant's mental health situation, the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice Defendant John Ciofalo can and should be permitted to plead guilty and the plea hearing can and should before a Magistrate Judge of this Court pursuant to the CARES Act § 15002(b)(2)(A).

    Accordingly, it is hereby ORDERED that the plea hearing for Defendant John Ciofalo be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 24.

Dated:   November 30, 2020
             White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge