UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

    UNITED STATES OF AMERICA,                 **CONSENT TO PROCEED BY VIDEO OR**
                                                                 **TELE CONFERENCE**

                     -against-                                    20-CR-597 (  ) (  )NSR

    John Ciofalo

                                         Defendant(s).
------------------------------------------------------------------X

Defendant __John Ciofalo_____ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

   ___   Initial Appearance Before a Judicial Officer

   ✗   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

   ___   Bail/Detention Hearing

   ___   Conference Before a Judicial Officer

   ✗   Plea allocution

/s/ John Ciofalo (by AEK, with consent)                                           Kerry A. Lawrence
_____                  _____
Defendant's Signature                                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JOHN CIOFALO                                                     Kerry A. Lawrence
_____                  _____
Print Defendant's Name                                               Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/4/2020                                               Andrew Krause
_____                      _____
Date                                                        U.S. District Judge/U.S. Magistrate Judge