**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

January 28, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Deft's request to adjourn the Sentencing from Mar. 11, 2021 until May 7, 2021 at 2:00 pm is granted upon the Govt's consent. Clerk of Court requested to terminate the motion (doc.33).
Dated: Feb. 2, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: **United States v. Ciofalo**
S1 20 Cr. 597 (NSR)

Dear Judge Román:

I am writing to ask that the defendant's sentencing, presently scheduled for March 11, be adjourned to a date in April or May, excluding April 12-16. The Government consents to this request. The request is being made to enable obtaining medical records that are believed to be important in connection with the defendant's sentencing submission.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

Kerry A. Lawrence

cc: AUSA James A. Ligtenberg (by ecf)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021