UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

USA

                - against -

JOHN CIOFALO,

                         Defendant.

-------------------------------------------------------X

20 Cr. 597-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated December 22, 2020, is approved and accepted.

                                                                        SO ORDERED.

                                                                      _____
                                                                      Hon. Nelson S. Román,
                                                                      United States District Judge

Dated: White Plains, NY
          February 25, 2021

