**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900
FAX (914) 946-5906

April 1, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Deft's request to adjourn the in-person Sentencing from May 7, 2021 until May 25, 2021 at 12:00 pm is granted upon consent of the Gov't. Clerk of Court requested to terminate the motion (doc. 37).
> Dated: April 8, 2021
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   **United States v. Ciofalo**
      **20 Cr. 597 (NSR)**

Dear Judge Román:

    I am writing to ask that the defendant's sentencing, presently scheduled for May 7, 2021, be adjourned to May 25, 2021. The Government consents to this request. The request is being made as a result of my not being in New York on May 7.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

*[signature]*

Kerry A. Lawrence

cc:   AUSA James A. Ligtenberg (by ecf)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021