CALHOUN & LAWRENCE, LLP

ATTORNEYS AT LAW

81 MAIN STREET

SUITE 504

WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III•

KERRY A. LAWRENCE••

REBECCA R. BROWN••

•ALSO ADMITTED IN VA & DC

••ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

June 8, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/8/2021
```

**BY ECF**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The Court directs pre-trial services to release Defendant's passport. The Clerk of Court is directed to terminate the motion at ECF No. 44.

Re:  **United States v. John Ciofalo
20 Cr. 597 (NSR)**

Dated: June 8, 2021
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Judge Román:

I am writing to ask that the Court to order the release of John Ciofalo's passport.

Assistant United States Attorney James A. Ligtenberg consents to the release of Mr. Ciofalo's passport.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc:    AUSA James A. Ligtenberg (by ecf)

MEMO ENDORSED